1
2
3
4
5                            **UNITED STATES DISTRICT COURT**
6                                  **DISTRICT OF NEVADA**
7
8    UNITED STATES OF AMERICA,                    Case No.: 3:09-CR-23-RCJ-WGC
              Plaintiff,
9
        vs.
10                                                          **ORDER**
     JUAN RAMIREZ-TORRES,
11
              Defendant.
12   _____
13

14          The Defendant has filed a motion, (#26) seeking Discretionary Relief pursuant to 18 U.S.C. §

15   3582(c)(2).  Accordingly,

16          IT IS HEREBY ORDERED that the Federal Public Defender is appointed as counsel to

17   represent the Defendant unless the Federal Public Defender declines the appointment, on the basis of

18   a conflict, no later than fourteen (14) days from the date of this Order.

19          IT IS FURTHER ORDERED that the Clerk of the Court shall distribute a copy of the document

20   filed by the Defendant to the Federal Public Defender, the United States Attorney, and the U.S.

21   Probation Office forthwith.

22          IT IS FURTHER ORDERED that the Probation Office shall provide counsel for the Defendant

23   and the government with the Defendant's Presentence Report; shall generate the Defendant's current

24   Inmate Profile (also known as a "Sentry Report"); and shall prepare a Supplemental Presentence Report

25   addressing whether, in the Probation Office's assessment, the Defendant is statutorily eligible for a

26   sentence reduction pursuant to Guidelines Amendment 782, and further advising the Court of the

27   applicable and recommended guideline range.  The Probation Office will serve the Presentence Report

28   and Supplemental Presentence Report on the Federal Public Defender, the United States Attorney, and

1   the Court, and shall be prepared to meet and confer with the Federal Public Defender and the United

2   States Attorney to discuss the Sentry Report, within thirty (30) days of the date of this Order.

3          IT IS FURTHER ORDERED that the United States Attorney or the Federal Public Defender

4   may, within 30 days after receiving those Reports from the Probation Office, request that the Probation

5   Office provide the Defendant's Progress Report and Disciplinary Records from the Bureau of Prisons.

6   If the United States Attorney or the Federal Public Defender makes such a request, the Progress Report

7   and Disciplinary Records shall be served on the Federal Public Defender, the United States Attorney,

8   and the court within thirty (30) days after receiving the request unless for good cause the time is

9   extended.

10          IT IS FURTHER ORDERED that the Federal Public Defender shall, within 120 days of this

11   Order, file any appropriate motion or stipulation.  If the Federal Public Defender files a motion for a

12   sentence reduction pursuant to guidelines Amendment 782, the United States Attorney shall serve any

13   response to such motion within thirty (30) days of the filing of that motion unless for good cause the

14   time is extended.

15          IT IS SO ORDERED this 1st day of November, 2014.

16

17

18

19             ROBERT C. JONES
          District Judge

20

21

22

23

24

25

26

27

28